1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  BRAYTON✦PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   Novato, California 94948-6169
4  (415) 898-1555
   (415) 898-1247 (Fax No.)
5
   Attorneys for Plaintiffs
6

FILED
08 AUG 27 PM 1:05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                   SAN FRANCISCO DIVISION

11  ELIZABETH WASILEWSKI, *et al*,        )   C 08 4094  EMC
12                    Plaintiffs,          )
13                                         )   CERTIFICATION OF INTERESTED
    vs.                                    )   ENTITIES OR PERSONS
14                                         )
    KAISER VENTURES LLC,                   )
15                                         )
                    Defendant.             )
16                                         )

17       Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
18  parties named in the Complaint, there is no such interest to report.
19
20  Dated: 8/26/08                          BRAYTON✦PURCELL LLP
21
22                                     By: _____
                                           David R. Donadio
23                                         Attorneys for Plaintiffs

BRAYTON✦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

K:\Injured\108314\Fed (wd)\cert parties (WD Wasilewski).wpd       1
                    CERTIFICATE OF INTERESTED PARTIES